1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
3 | EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALLA PETROVNA FEDENKO, | No. C 08-1970 WDB |
| Plaintiff, | |
| v. | **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |
| ROBIN BARRETT, Field Office Director, San Francisco Field Office, United States Citizenship and Immigration Services; ROSEMARY L. MELVILLE, District Director, San Francisco District Office, United States Citizenship and Immigration Services; ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation; UNITED STATES OF AMERICA, | |
| Defendants. | |

The plaintiff, by and through her attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to dismiss the above-entitled action in light of the fact that the United States Citizenship and Immigration Services (USCIS) has agreed to adjudicate the plaintiff's application for naturalization within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

STIPULATION TO DISMISS
C 08-1970-WDB

1
2
3  Dated: May 29, 2008                             /s/
                                                  SCOTT A. MOSSMAN
4                                                 Attorney for Plaintiff
5
6  Dated: May 29, 2008                            JOSEPH P. RUSSONIELLO
                                                  United States Attorney
7
8                                                  /s/
                                                  EDWARD A. OLSEN
9                                                 Assistant United States Attorney
                                                  Attorneys for Defendants
10
11
                                    **ORDER**
12
     Pursuant to the parties' stipulation, IT IS SO ORDERED.
13
14
15  Dated: __June 2_____, 2008    _____
                                                  WAYNE D. BRAZIL
16                                                United States Magistrate Judge
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO DISMISS
C 08-1970-WDB